UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADAM A. WHITE

v. CA No. 07-209-T

UNITED STATES OF AMERICA

**ORDER DENYING MOTION FOR WRIT OF HABEAS CORPUS**

Adam A. White has filed what he refers to as a "bare bones" § 2255 Motion "to avoid being time barred and while he is in transition of possessing his complete discovery." White asserts that his counsel was "ineffective and unethical" and he requests an evidentiary hearing.

White implies that his counsel coerced him into pleading guilty and did not file a motion to suppress and that the government failed to disclose unspecified Brady material.

For the following reasons, no evidentiary hearing is necessary to decide White's motion and the motion is denied:

1. White does not specify what evidence his counsel should have moved to suppress or why he was ineffective in not filing such a motion.

2. White fails to identify the Brady material that he claims the government did not disclose.

3. White's claim that he was coerced into pleading guilty is contradicted by his own statements made to the Court, under oath, during the plea colloquy.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 6/12/07